# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING <br><br> PLAINTIFF(S) <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21–cv–03066 <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: April 12, 2021        By: /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
        Deputy Clerk